**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MANELY ENRIQUEZ,**<br>**BOP Reg. #50374-069,**<br><br>**Movant,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Respondent.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 1:23-00159-JB-N**<br><br>**CRIMINAL ACTION NO. 1:19-00033-JB-3** |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated July 22, 2026 (Doc# 323[1])—made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R)—is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant **MANELY ENRIQUEZ**'s motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 dated April 26, 2023 (Doc# 247), is **DENIED** and **DISMISSED with prejudice**, without an evidentiary hearing or expansion of the record; that his unsigned motion for appointment of counsel dated November 6, 2025 (Docs# 317) be **DENIED**; and that Enriquez be **DENIED** a Certificate of Appealability in relation to the dismissal of this § 2255 motion. The undersigned further **RECOMMENDS** that the Court certify that any appeal by Enriquez of the denial of the present § 2255 motion would be without merit and therefore not

[1] All "Doc." citations herein refer to the docket of the above-numbered criminal action.

taken in good faith, thus denying him entitlement to appeal *in forma pauperis*.

Final judgment in accordance with this order shall forthwith be set out by separate document under Federal Rule of Civil Procedure 58. The Clerk of Court is **DIRECTED** to thereafter administratively close the above-numbered civil action.

**DONE and ORDERED** this 17th day of August, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE